JOHN POLETTI v. DOW CHEMICAL COMPANY, ETC., ET AL.

November 15, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. CLARENCE BURKS.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MICHAEL AMATEL.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS DOWNEY.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAURA H. WYMAN.

November 15, 1988.

Petition for certification denied.